Filed
APR 1 6 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-71056-~~MAG~~ HRL |
| Plaintiff, | **ORDER DISMISSING COMPLAINT** |
| v. | |
| BRIAN HWANG, | |
| Defendant. | |

In light of the government's motion, and for the reasons stated therein, the complaint filed under CR No.: 09-71056-MAG as to defendant Brian Hwang is hereby ordered dismissed without prejudice.

IT IS SO ORDERED.

DATED: 4/15, 2010

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER DISMISSING COMPLAINT
CR 09-71056-MAG